Nos. 2836, 2837. CALDWELL *v.* DAVIS. November Term, 1891. Appeal dismissed because of failure of appellants to make and serve any exceptions or "Case" containing exceptions upon the attorneys for respondent within the time limited by law. PER CURIAM, January 26, 1892.

No. 2838. STATE *v.* COLSON. November Term, 1891. This was a consent order declaring an appeal abandoned and directing "that the judgment and sentence of the Circuit Court be enforced according to its terms." PER CURIAM, January 26, 1892.

No. 2839. STATE *v.* JAMES. November Term, 1891. Appellant having given notice that he had abandoned his appeal, on respondent's motion an order was passed dismissing the appeal and directing "that a copy of this order be sent down to the Circuit Court for Darlington County, and that said court do name and appoint a new day for the execution of the sentence and judgment heretofore rendered in the above stated case by said Circuit Court of Darlington County." See 34 S. C., 579.

No. 2840. STATE *v.* MERRIMAN. November Term, 1891. (See 34 S. C., 28 and 576.) This was a petition to recall the *remittitur*, the real object being to obtain a consideration of the question of the constitutionality of the court which dismissed the petition for rehearing in June, 1891. The court ruled that the *remittitur* of this court having been duly sent to the Circuit Court under the seal of this court, and the Circuit Court having already acted in carrying out the mandate thereof by reassigning a day for the execution of the sentence before imposed, it is now too late to make the motion. Petition dismissed PER CURIAM, January 26, 1891. *Hough & Kennedy* and *Prince & Stevenson*, for the motion.

No. 2841. CRAWFORD *v.* OMAN & STEWART COMPANY. November Term, 1891. Appeal dismissed because of failure of appellants to make and serve any exceptions or "Case" containing exceptions upon the attorneys for respondent within the time limited by law. PER CURIAM, January 28, 1892.